**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR-16-12-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JEROME DALE FOLLET, SR.,** | |
| **Defendant.** | |

Upon the unopposed motion, and for good cause shown,

The United States' motion to allow witnesses to testify via video from Glasgow, Montana, for the revocation hearing scheduled on June 3, 2019, at 9:30 a.m. in Great Falls, Montana, is GRANTED.

DATED this 30th day of May, 2019.

_____
Brian Morris
United States District Court Judge