IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16-12-GF-BMM-JTJ |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JEROME DALE FOLLET, SR., | |
| Defendant. | |

## I. Synopsis

Defendant Jerome Dale Follet, Sr. (Follet) has been accused of violating the conditions of his supervised release. Follet admitted the alleged violations. Follet's supervised release should be revoked. Follet should be placed in custody for 9 months, with no supervised release to follow. Follet should receive credit for 3 months of time served.

## II. Status

Follet pleaded guilty to Felony Child Abuse on March 17, 2016. (Doc. 20). The Court sentenced Follet to 24 months of custody, followed by 3 years of supervised release. (Doc. 27). Follet's current term of supervised release began on April 26, 2021. (Doc. 77 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on September 23, 2021, requesting that the Court revoke Follet's supervised release. (Doc. 77). The Amended Petition alleged that Follet had violated the conditions of his supervised release: 1) by committing other crimes; and 2) by consuming alcohol.

**Initial appearance**

Follet appeared before the undersigned for his initial appearance on December 7, 2021. Follet was represented by counsel. Follet stated that he had read the petition and that he understood the allegations. Follet waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on December 7, 2021. Follet admitted that he had violated the conditions of his supervised release: 1) by committing the crimes of Partner Family Member Assault, Criminal Endangerment, and Endangering the Welfare of a Child in violation of the Fort Peck Tribal Code; and 2) by consuming alcohol. The violations are serious and warrant revocation of Follet's supervised release.

Follet's violations are Grade C violations. Follet's criminal history category

2

is I. Follet's underlying offense is a Class C felony. Follet could be incarcerated for up to 24 months. Follet could be ordered to remain on supervised release for up to 16 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Follet's supervised release should be revoked. Follet should be placed in custody for 9 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Follet should receive credit for 3 months of time served.

### IV. Conclusion

The Court informed Follet that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Follet of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Follet that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Jerome Dale Follet, Sr. violated the conditions of his supervised release: by committing other crimes; and by consuming alcohol.

The Court **RECOMMENDS:**

That the District Court revoke Follet's supervised release and commit Follet to the custody of the United States Bureau of Prisons for 9 months, with no supervised release to follow. Follet should receive credit for 3 months of time served.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of December, 2021.

John Johnston
United States Magistrate Judge