IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JEROME DALE FOLLET, SR.,<br><br>Defendant. | CR-16-12-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 8, 2021. (Doc. 84.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 7, 2021. (Doc. 79.)  The United States accused Follet of violating his conditions of supervised release 1) by committing other crimes and ; 2) by consuming alcohol.  (Doc. 77.)

At the revocation hearing, Follet admitted that he had violated the conditions of his supervised 1) by committing the crimes of Partner Family Member Assault,

Criminal Endangerment, and Endangering the Welfare of a Child in violation of the Fort Peck Tribal Code; and 2) by consuming alcohol. (Doc. 79.) Judge Johnston found that the violations Follet admitted proved to be serious and warranted revocation, and recommended that Follet receive a custodial sentence of 9 months, with no supervised release to follow. (Doc. 84.) Follet was advised of his right to appeal and his right to allocute before the undersigned. (Doc.79.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 84) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Jerome Dale Follet, Sr. be sentenced to the Bureau of Prisons for 9 months, with no supervised release to follow.

DATED this 3rd day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court